LESLIE N. HEATHERTON, Respondent, v. JAMES M. HEATHERTON, MURIEL D. HEATHERTON, THEODORE R. DICK and J. M. HEATHERTON CORPORATION, Appellants.— Interlocutory judgment directing the defendants to account to plaintiff

for one-fifth of the stock of the Plumbers Trade Journal Publishing Company, Inc., and for the profits and avails derived from the sale of the stock, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.